

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00311-CV

Stephanie **INGRAM**,
Appellant

v.

Alberto **BARRAGAN**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017CV02091
Honorable Jason Wolff, Judge Presiding

# O R D E R

The appellant's motion to show cause for extension of time to file brief is hereby GRANTED. Time is extended to August 28, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk